UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LOBO FILHO, ) ) Plaintiff, ) v. ) ) DENNIS WAGNER, CFO Treasury of) Rainbow Grocery Cooperative, ) ) Defendants. ) ) | No. C10-1996 BZ **ORDER DISMISSING COMPLAINT** |

On June 17, 2010, I issued an order dismissing the pro se complaint with leave to amend by July 20, 2010.  Plaintiff has not amended as ordered and has failed to take any steps to prosecute this action.  As a result the defendant has not been served.  For the reasons stated in my June 17, 2010 Order, **IT IS ORDERED** that plaintiff's complaint be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)and for failure to prosecute.

Dated: August 4, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FILHO V. WAGNER\ORDER DISMISSING COMPLAINT AND CLOSE CASE.wpd

1